# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Harley−Davidson Motor Company, Inc.

                        Plaintiff,

v.                                                  Case No.: 1:23−cv−04835

                                                  Honorable Elaine E. Bucklo

The Partnerships and Unincorporated Associations Identified on Schedule A

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 18, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for entry of a preliminary injunction as to certain defendants [29] is granted. Enter Preliminary Injunction Order. The Clerk of Court is directed to unseal the following documents: Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Adraea M. Brown [15], and the TRO [21]. Pursuant to the status report, plaintiff reports active settlement discussions with several defendants. Plaintiff will move for default judgment at a later date where appropriate. Status hearing is reset for 10/18/2023 at 9:45 a.m. (to track the case only, no appearance is required). The plaintiff shall file a written status report by 10/11/2023. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.