IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC., | Case No. 23-cv-04835 |
| Plaintiff, | **Judge Elaine E. Bucklo** |
| v. | **Magistrate Judge Jeffrey T. Gilbert** |
| DONGGUAN LEIMISI METAL JEWELRY CO., LTD. Et al, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Harley-Davidson Motor Company, Inc. ("Harley-Davidson" or "Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case[1]. In support of this Motion, Harley-Davidson submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

Dated this 13th day of November 2023.

Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff*
*Harley-Davidson Motor Company, Inc.*

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff*
*Harley-Davidson Motor Company, Inc.*